1  Laura Krank
   Attorney at Law:  220208
2  Law Offices of Rohlfing & Kalagian
   211 East Ocean Boulevard, Suite 420
3  Tel: (562) 437-7006
   Fax: (562) 432-2935
4  E-mail: Laura_RK.office@speakeasy.net
   Attorneys for IMELDA MEJIA
5

6              UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8                    WESTERN DIVISION

9

10  IMELDA MEJIA                    ) Case No.: CV 08-7216 JC
                                    )
11                                  ) [PROPOSED] ORDER
              Plaintiff,            )
12                                  )
         vs.                        )
13                                  )
    MICHAEL ASTRUE,                 )
14  COMMISSIONER OF THE SOCIAL      )
    SECURITY ADMINISTRATION,        )
15                                  )
              Defendant.            )
16  _____

17

18      Based upon the parties Stipulation to Dismiss, this matter is hereby

19  dismissed with prejudice.

20      DATED:    March 13, 2009

21
                          _____/s/_____
22                        JACQUELINE CHOOLJIAN
                          UNITED STATES MAGISTRATE JUDGE
23

24

25

-1-